Wednesday, February 22, 1989

## MERIT DOCKET

**88-2180.** State, ex rel. Walson, v. Camillo. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Holmes, J., dissents.